1

2                            UNITED STATES DISTRICT COURT

3                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                     OAKLAND DIVISION

5

| | |
|---|---|
| 6  DENNIS McARTHUR, | Case No: C 10-00976 SBA |
| 7           Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 8       vs. | |
| 9  DIVERSIFIED COLLECTION SERVICES, INC., | |
| 10          Defendant. | |

   Due to difficulties with the federal court's telephone system, the Case Management Conference scheduled for September 16, 2010, did not proceed as scheduled. Accordingly,

   IT IS HEREBY ORDERED THAT the telephonic Case Management Conference set for September 16, 2010 is CONTINUED to **September 23, 2010 at 3:00 p.m.** Plaintiff shall be shall be responsible for setting up the call. Plaintiff shall call (510) 637-3559 at the above indicated date and time, with all parties on the line.

   IT IS SO ORDERED.


Dated: 9/17/10                               _____
                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge