1

2                      UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4
    MCARTHUR,                    )          No. C10-00976 SBA
5                Plaintiff,      )
                                 )          ORDER DISMISSING ACTION
6        vs.                     )
                                 )
7    DIVERSIFIED COLLECTION      )
    SERVICES, INC.,              )
8                                )
                 Defendant.      )
9                                )
    _____

10

11

12          The Court having been notified of the settlement of

this action, and it appearing that no issue remains for the

13

Court's determination,

14

15          IT IS HEREBY ORDERED THAT this action and all claims

asserted herein are DISMISSED with prejudice.  In the event

16

that the settlement is not reached, any party may move to

17

reopen the case and the trial will be rescheduled, provided

18

that such motion is filed within 30 days of this order.  All

19

scheduled dates, including the trial and pretrial dates, are

20

VACATED.

21

            IT IS SO ORDERED.

22

DATED: 10/4/10

23

    _____
24          SAUNDRA BROWN ARMSTRONG
             United States District Judge

25

26

27

28